

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE 19899-1380

Michael L. Vild
mvild@crosslaw.com
(302) 777-4200, ext. 112

January 24, 2022

**VIA CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

      Re:    *Aspiration Partners, Inc. v. ESG Financial Corp.*
              D. Del. C.A. No. 21-1665-RGA

Dear Judge Andrews:

    We represent Plaintiff, Aspiration Partners, Inc., in the above-referenced action. Pursuant to the Court's Order Setting Rule 16(b) Telephone Conference dated December 20, 2021 [D.I. 11], enclosed please find a proposed case scheduling order. The parties have agreed to the provisions contained in the proposed order. Because this matter is not a patent case and many of the provisions of the Court's patent form of scheduling order would have been inapplicable, the parties propose,

subject to the Court's approval, that the case scheduling order be based on the Court's non-patent form of order.

Finally, below please find dial-in information for the Rule 16(b) telephone conference scheduled for January 26, 2022 at 2:00 p.m.

Dial-in: 1-866-811-9555
Passcode: 3942550515

As always, Counsel is available at the convenience of the Court to respond to any questions or concerns.

Respectfully submitted,

*/s/ Michael L. Vild*

Michael L. Vild (No. 3042)


cc:  All Interested Parties via CM/ECF
     File Copy